JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ANTHONY JIMENEZ,

                   Plaintiff,

        v.

MARTIN O'MALLEY,
Commissioner of Social
Security,

                   Defendant.

Case No. CV 23-8004-JPR

**J U D G M E N T**

For the reasons set forth in the accompanying Memorandum Decision and Order, it is ADJUDGED THAT the Commissioner's request for an order affirming his final decision is GRANTED and judgment is entered in the Commissioner's favor.

DATED: August 9, 2024

JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE